**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

---

IN RE:

    David Cohen

Case No.: 24-43677-nhl

Chapter: 13

Debtor(s)

---

### REQUEST FOR JUDICIAL DETERMINATION
### CONCERNING REQUIREMENT OF PHOTO IDENTIFICATION

The Clerk's Office requests that the Court determine whether this case should be dismissed for failure to provide acceptable identification as stated under Administrative Order No. 653. The following deficiencies under Administrative Order No. 653 are noted:

✓ Debtor to provide a state driver's license, a U.S. passport, an identification card issued by a federal state, or local governmental entity, military identification, a resident alien card, or a student identification card.

Joint Debtor to provide a state driver's license, a U.S. passport, an identification card issued by a federal, state or local governmental entity, military identification, a resident alien card, or a student identification card.

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

The Clerk's Office is directed to dismiss this case,

The Debtor is ordered to appear before the Court on _____ at_____

at _271-C Cadman Plaza East, Brooklyn, New York 11201-1800_____ in Courtroom _____

✓ The Clerk's Office is directed not to dismiss this case for the following reasons:
 ~~Limited access to Clerk's Office due to Covid.~~_____

_____



Dated: September 27, 2024
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**