# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 9/27/2024
Case: 1−24−43677−nhl     Form ID: pdf000     Total: 2

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     David Cohen     416 Miller Avenue     Brooklyn, NY 11207

TOTAL: 1